**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 16-1777**

———————————

LARRIETTA JOHNSON,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA; ROBIN LENNOX-AUSTON; LISA WRIGHT,
Privacy Officer; JANET HENDERSON; DIANE R. GODMAN,
Compensation & Pension Examiner,

        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Robert J. Conrad, Jr.,
District Judge. (3:15-cv-00556-RJC-DSC)

———————————

Submitted: November 17, 2016    Decided: November 21, 2016

———————————

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Larrietta Johnson, Appellant Pro Se. Tiffany M. Mallory, OFFICE
OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larrietta Johnson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing her complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that the complaint be dismissed and advised Johnson that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Johnson has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2